In the Matter of ERNESTINE LEE, Appellant, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued November 26, 1945; decided December 6, 1945.

*A. Mark Levien* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Nicholas Bucci* and *James Hall Prothero* of counsel), for respondent.

Order affirmed, with costs; no opinion. [See 295 N. Y. 825.]

Concur: LEWIS, CONWAY, THACHER and DYE, JJ. LOUGHRAN, Ch. J., and DESMOND, J., dissent and vote to grant the petition of the appellant. Taking no part: MEDALIE, J.